```
              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| MICHAEL CARMON, | ) | CASE NO. 1:07 CV 1073 |
| | ) | |
| Petitioner, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| STUART HUDSON, | ) | |
| | ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

Dated: June 19, 2007          *s/ Sara Lioi*
                              HON. SARA LIOI
                              UNITED STATES DISTRICT JUDGE